**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARK NITKIEWICZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 20-cv-06009 |
| | ) |
| SENTINEL TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff and Defendant, through their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate and agree to the voluntary dismissal, with prejudice, of this entire action, with each party to bear its own fees and costs, and neither party having any further right to recover attorneys' fees or costs from the other party.

Respectfully submitted February 10, 2021,

| | |
|---|---|
| On behalf of Plaintiff, | On behalf of Defendant, |
| | |
| By: /s/ Glenn R. Gaffney (with consent) | By: /s/ Steven W. Jados |
| Glenn R. Gaffney | Steven W. Jados |
| GAFFNEY & GAFFNEY P.C. | SMITHAMUNDSEN LLC |
| 1771 Bloomingdale Road | 3815 E. Main Street, Suite A-1 |
| Glendale Heights, IL 60139 | St. Charles, IL 60174 |
| (630) 462-1200 – Telephone | (630) 587-7910 – Telephone |
| glenn@gaffneylawpc.com | sjados@salawus.com |